



```
P/N                    SINGLE-LEVEL EXPLOSION
FN: HIST
PRINTER: RELS    REGN: P5
ITEM NO: 219B6862P001       DEFLECTOR, FORWARD, BRG #3    REV.     SUFF.     DATE 12/07/
E/C NO:                END-ITEM:                                  PART:
CTRCI:
- - - -                                         ACT.       E-I SEQ.
LV PREP COMPONENT ITEM NO. SUFF UM      QUANTITY     EF.START    EF.END
01 0001 B12H26J                EA        PER ASSEM      DATE       DATE
                                          1.00000
       PLATE                  S    ITEM TYPE:  3
                                   B12H26J
                                   EXPLOSION    FINISHED

-----  BOM272I EXPLOSION BY DATE                            ALL -DISPLAY ALL
FUNCTION CODES: (BLANK) DISPLAY CURRENT B/M                 ALL -DISPLAY ALL
HIST/HISP - HISTORY OPT -SELECT OPTIONS/VARIANTS CATEGORIES AND V
4-0                    1 GOLD                    3.32.40.12
```





VIEW B-2 (B-3)
ROTATED PER NOTE 7

TIP, BOLTED, FUEL NOZZLE

19 3D2122





