Exhibit C

Feuz VMI Report

| Total Available To Ship (6/7/04) | Negotiated Qty To Hold | PART_NUM | Description | U/M | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 2 | 2 | 0100A477P0001 | COVER | EA | $ 216.20 | $ 432.40 |
| 4 | 4 | 01156J12P0002 | CLAMP | EA | $ 391.00 | $ 1,564.00 |
| 14 | 13 | 01156J13P0001 | CLAMP | EA | $ 32.00 | $ 448.00 |
| 27 | 17 | 0128Y381P0001 | LOCKPLATE | EA | $ 15.63 | $ 422.01 |
| 1 | 3 | 0167A835P0001 | LATCH | EA | $ 84.00 | $ 84.00 |
| 2 | 1 | 03080J53P0001 | STEM, VALVE | EA | $ 845.00 | $ 1,690.00 |
| 2 | 1 | 0352C901G0001 | OIL DEFLECTOR | EA | $ 1,200.00 | $ 2,400.00 |
| 1 | 1 | 0356C329G0004 | SEAL RING | EA | $ 419.00 | $ 419.00 |
| 1 | 1 | 04016J51G0001 | OIL DEFLECTOR | EA | $ 1,141.26 | $ 1,141.26 |
| 2 | 2 | 04120J33G0001 | OIL DEFLECTOR | EA | $ 3,600.00 | $ 7,200.00 |
| 12 | 6 | 0438B758G0002 | BALANCE WEIGHTS | EA | $ 25.00 | $ 300.00 |
| 10 | 9 | 0438B758G0004 | BALANCE WEIGHTS | EA | $ 17.94 | $ 179.40 |
| 1 | 1 | 0442B850P0002 | STEM, VALVE | EA | $ 850.00 | $ 850.00 |
| 4 | 2 | 04887731P0001 | SLEEVE | EA | $ 39.85 | $ 159.40 |
| 5 | 5 | 0635A282P0001 | BAFFLE | EA | $ 139.84 | $ 699.20 |
| 2 | 2 | 0635A560P0001 | GLAND | EA | $ 360.08 | $ 720.16 |
| 2 | 1 | 0635A561P0001 | RING, UPPER SEALING | EA | $ 183.50 | $ 367.00 |
| 2 | 2 | 0656A607P0001 | GUIDE | EA | $ 320.00 | $ 640.00 |
| 4 | 2 | 0657A347P0001 | SLEEVE | EA | $ 140.00 | $ 560.00 |
| 4 | 7 | 06643036P0003 | NUT | EA | $ 60.00 | $ 240.00 |
| 6 | 4 | 06970717P0031 | COLLAR | EA | $ 53.90 | $ 323.40 |
| 2 | 1 | 0699L984G0001 | BALANCE WEIGHTS | EA | $ 425.98 | $ 851.96 |
| 56 | 29 | 0719A679P0022 | LOCK WASHER | EA | $ 3.96 | $ 221.76 |
| 2 | 2 | 0728C728G0002 | MAIN TERMINAL | EA | $ 468.00 | $ 936.00 |
| 1 | 1 | 08471329G0001 | OIL DEFLECTOR | EA | $ 889.00 | $ 889.00 |
| 1 | 1 | 08471332G0001 | OIL DEFLECTOR | EA | $ 895.00 | $ 895.00 |
| 1 | 1 | 08471338G0001 | OIL DEFLECTOR | EA | $ 800.00 | $ 800.00 |
| 1 | 0 | 0946D372G0001 | OIL DEFLECTOR | EA | $ 850.00 | $ 850.00 |
| 4 | 3 | 09480033P0005 | GUIDE BRACKET | EA | $ 342.24 | $ 1,368.96 |
| 3 | 2 | 09486266P0003 | GUIDE BRACKET | EA | $ 524.40 | $ 1,573.20 |
| 7 | 5 | 09486266P0004 | GUIDE BRACKET | EA | $ 200.56 | $ 1,403.92 |
| 1 | 0 | 101A193DC-1 | BUSHING, PILOT VALV | EA | $ 345.00 | $ 345.00 |
| 2 | 9 | 101A441BE-3 | LUG | EA | $ 17.00 | $ 34.00 |
| 2 | 2 | 101B353EC-1 | CLEVIS | EA | $ 576.84 | $ 1,153.68 |
| 1 | 1 | 104E4367G0001 | DEFL OIL | EA | $ 2,000.00 | $ 2,000.00 |
| 1 | 1 | 105L3768G0001 | OIL DEFLECTOR H2 SE | EA | $ 1,200.00 | $ 1,200.00 |
| 9 | 9 | 106A7708G0001 | SHIM | EA | $ 48.24 | $ 434.16 |

Feuz VMI Report

| Total Available To Ship (6/7/04) | Negotiated Qty To Hold | PART_NUM | Description | U/M | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 55 | 13 | 107A8326P0050 | LOCKPLATE | EA | $ 9.10 | $ 500.50 |
| 3 | 3 | 111E1821G0001 | INSULATED TERMINAL | EA | $ 925.00 | $ 2,775.00 |
| 1 | 1 | 112E4743G0001 | OIL DEFLECTOR | EA | $ 2,710.00 | $ 2,710.00 |
| 1 | 1 | 114E1736G001 | SEAL, FLEXIBLE | EA | $ 882.00 | $ 882.00 |
| 4 | 4 | 114E6083G0001 | OIL DEFLECTOR | EA | $ 2,325.00 | $ 9,300.00 |
| 1 | 1 | 117E1053G0001 | OIL DEFLECTOR | EA | $ 1,960.00 | $ 1,960.00 |
| 1 | 1 | 125D181AA-1 | OIL DEFLECTOR | EA | $ 1,150.00 | $ 1,150.00 |
| 2 | 1 | 134B429CA-1 | OIL DEFLECTOR | EA | $ 735.00 | $ 1,470.00 |
| 1 | 3 | 134B429YB-1 | DEFL OIL | EA | $ 395.00 | $ 395.00 |
| 2 | 2 | 134B434RR-30 | VALVE ASSY | EA | $ 1,690.00 | $ 3,380.00 |
| 2 | 1 | 134B434XB-9 | VALVE ASSY | EA | $ 1,990.00 | $ 3,980.00 |
| 1 | 1 | 134B475RD-26 | OIL DEFLECTOR | EA | $ 375.00 | $ 375.00 |
| 1 | 1 | 134B475RD-5 | OIL DEFLECTOR | EA | $ 345.00 | $ 345.00 |
| 2 | 1 | 141B8881P0005 | SPANNER WRENCH | EA | $ 1,200.00 | $ 2,400.00 |
| 2 | 1 | 142A1121G0001 | CONTROL VALVE | EA | $ 1,000.00 | $ 2,000.00 |
| 60 | 29 | 142B8561P001 | SWIRL STRIP | EA | $ 165.00 | $ 9,900.00 |
| 7 | 4 | 142C4911P0001 | ELBOW | EA | $ 320.00 | $ 2,240.00 |
| 2 | 2 | 158A6462G002 | X-FIRE TUBE | EA | $ 310.00 | $ 620.00 |
| 1 | 0 | 163A7063P0001 | PILOT VALVE | EA | $ 472.00 | $ 472.00 |
| 41 | 96 | 164B1825P001 | NOZZLE CAP | EA | $ 35.00 | $ 1,435.00 |
| 6 | 6 | 165A285AX-1 | RING LOCKING | EA | $ 51.89 | $ 311.34 |
| 6 | 5 | 169D3489P001 | X-FIRE TUBE | EA | $ 145.00 | $ 870.00 |
| 28 | 28 | 169D3490P001 | TUBE CROSSFIRE CON | EA | $ 110.00 | $ 3,080.00 |
| 5 | 5 | 182A1261P0001 | SUPPORT PLATE | EA | $ 125.00 | $ 625.00 |
| 3 | 1 | 182A5804P0001 | SPLIT RING | EA | $ 110.00 | $ 330.00 |
| 18 | 18 | 183A3643P0010 | CONN. SLEEVE | EA | $ 28.00 | $ 504.00 |
| 22 | 10 | 186C1978P021 | NOZZLE TIP | EA | $ 65.00 | $ 1,430.00 |
| 1 | 2 | 187C7986G001 | BRG SEAL #3 | EA | $ 465.00 | $ 465.00 |
| 42 | 48 | 188D7918G001 | RETAINER, X-FIRE TUB | EA | $ 65.00 | $ 2,730.00 |
| 65 | 65 | 188D7971P001 | CLIP, ANTI-ROTATION | EA | $ 9.40 | $ 611.00 |
| 2 | 2 | 190D5502G0002 | OIL DEFLECTOR | EA | $ 1,493.00 | $ 2,986.00 |
| 1 | 12 | 193B7195P001 | PLUG BORES | EA | $ 45.00 | $ 45.00 |
| 21 | 140 | 194D6142P001 | X-FIRE TUBE | EA | $ 55.00 | $ 1,155.00 |
| 40 | 90 | 196B1755P002 | FUEL NOZZLE RING | EA | $ 25.00 | $ 1,000.00 |
| 6 | 6 | 197B0225G002 | CROSS FIRE TUBE ASI | EA | $ 165.00 | $ 990.00 |
| 2 | 2 | 198A9213P0001 | SHAFT | EA | $ 306.00 | $ 612.00 |
| 50 | 24 | 199C4748P001 | RETAINER, X-FIRE TUB | EA | $ 36.80 | $ 1,840.00 |

Feuz VMI Report

| Total Available To Ship (6/7/04) | Negotiated Qty To Hold | PART_NUM | Description | U/M | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 4 | 7 | 199C4782P001 | X-FIRE TUBE, FEMALE | EA | $ 92.00 | $ 368.00 |
| 5 | 6 | 199C4782P002 | X-FIRE TUBE, MALE | EA | $ 116.10 | $ 580.50 |
| 2 | 29 | 199D3351P001 | X-FIRE TUBE | EA | $ 38.00 | $ 76.00 |
| 4 | 24 | 199D3352P001 | X-FIRE TUBE | EA | $ 45.00 | $ 180.00 |
| 21 | 8 | 201C7161P002 | LOCKPLATE | EA | $ 31.81 | $ 668.01 |
| 41 | 36 | 203D2142P002 | X-FIRE TUBE | EA | $ 55.00 | $ 2,255.00 |
| 1 | 1 | 207B2939G0001 | VALVE | EA | $ 1,778.00 | $ 1,778.00 |
| 26 | 28 | 207C3557P001 | X-FIRE TUBE | EA | $ 20.00 | $ 520.00 |
| 45 | 32 | 207C3709P002 | X-FIRE TUBE-OUTER | EA | $ 25.00 | $ 1,125.00 |
| 117 | 132 | 207C3754P001 | RETAINER, X-FIRE TUB | EA | $ 55.00 | $ 6,435.00 |
| 87 | 33 | 209C4694P002 | RETAINER, X-FIRE TUB | EA | $ 50.00 | $ 4,350.00 |
| 2 | 1 | 213B7516P0001 | STEAM SEAL RING | EA | $ 3,200.00 | $ 6,400.00 |
| 180 | 44 | 223C2166P001 | RETAINER, X-FIRE TUB | EA | $ 45.00 | $ 8,100.00 |
| 12 | 170 | 223C2975P002 | RETAINER, X-FIRE TUB | EA | $ 65.00 | $ 780.00 |
| 6 | 6 | 224C6698G0001 | BEARING LIFT FLEX HC | EA | $ 128.00 | $ 768.00 |
| 24 | 12 | 225A8612G001 | X-FIRE TUBE | EA | $ 49.90 | $ 1,197.60 |
| 7 | 6 | 230C3239P003 | INNER AFT RAIL PROT | EA | $ 46.90 | $ 328.30 |
| 309 | 664 | 233A0241P010 | RETAINING KEY | EA | $ 2.00 | $ 618.00 |
| 592 | 818 | 233A0241P012 | RETAINING KEY | EA | $ 2.25 | $ 1,332.00 |
| 50 | 26 | 233C2106P001 | STOP, FLOW SLEEVE | EA | $ 32.00 | $ 1,600.00 |
| 9 | 6 | 233C5074G001 | RETAINER SIDE SEAL | EA | $ 195.00 | $ 1,755.00 |
| 158 | 200 | 233C5830P001 | X-FIRE TUBE | EA | $ 28.00 | $ 4,424.00 |
| 3 | 1 | 233C5856G001 | SLEEVE, CROSS FIRE | EA | $ 185.00 | $ 555.00 |
| 3 | 3 | 236B2916P0009 | CANVAS COVER | EA | $ 122.00 | $ 366.00 |
| 3 | 4 | 237B2780G003 | X-FIRE TUBE EXTENSI | EA | $ 184.00 | $ 552.00 |
| 10 | 20 | 237B2798G002 | X-FIRE TUBE | EA | $ 168.60 | $ 1,686.00 |
| 33 | 72 | 237C3572P001 | RETAINER, X-FIRE TUB | EA | $ 53.00 | $ 1,749.00 |
| 8 | 8 | 239B5329P001 | SEAL STRIP | EA | $ 34.26 | $ 274.08 |
| 60 | 28 | 239B9455P003 | X-FIRE TUBE | EA | $ 34.20 | $ 2,052.00 |
| 22 | 10 | 239B9720P007 | PLUG, CLEAR | EA | $ 35.10 | $ 772.20 |
| 15 | 7 | 242B9101G002 | X-FIRE TUBE | EA | $ 126.50 | $ 1,897.50 |
| 3 | 2 | 251B1578G001 | TUBE, X-FIRE | EA | $ 224.00 | $ 672.00 |
| 4 | 4 | 254A3499P0001 | ORIFICE | EA | $ 109.20 | $ 436.80 |
| 23 | 10 | 258A4494P001 | STOP, SEAL | EA | $ 12.00 | $ 276.00 |
| 100 | 6 | 258A4784P020 | TP LKPLATE | EA | $ 6.80 | $ 680.00 |
| 75 | 75 | 258B8782P002 | RETAINER, X-FIRE TUB | EA | $ 19.50 | $ 1,462.50 |
| 44 | 45 | 259B6536P001 | LOCKPLATE | EA | $ 9.78 | $ 430.32 |
| 18 | 28 | 279A1147P001 | CLAMP | EA | $ 20.00 | $ 360.00 |
| 14 | 14 | 279A1635P001 | SPACER | EA | $ 7.34 | $ 102.76 |
| 10 | 10 | 279A1727P001 | SUPPORT, NOZZLE 1S | EA | $ 100.00 | $ 1,000.00 |
| 25 | 25 | 279A1737P004 | TOOTH | EA | $ 9.90 | $ 247.50 |
| 8 | 5 | 279A1766P003 | WELL, THERMOCOUPL | EA | $ 124.60 | $ 996.80 |
| 4 | 29 | 279A1774P001 | PLUG | EA | $ 7.50 | $ 30.00 |

Feuz VMI Report

| Total Available To Ship (6/7/04) | Negotiated Qty To Hold | PART_NUM | Description | U/M | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 83 | 62 | 279A1887P001 | TUBE | EA | $ 21.06 | $ 1,747.98 |
| 1 | 2 | 286A6339P001 | ANGLE, MOUNTING | EA | $ 6.99 | $ 6.99 |
| 4 | 3 | 286A6339P002 | ANGLE, MOUNTING | EA | $ 51.56 | $ 206.24 |
| 4 | 4 | 287A1666P001 | BOLT, BODY BOUND | EA | $ 13.00 | $ 52.00 |
| 18 | 8 | 287A1674P001 | RETAINER | EA | $ 21.50 | $ 387.00 |
| 21 | 21 | 287A1683P003 | LOCKING PLATE | EA | $ 7.20 | $ 151.20 |
| 1 | 5 | 287A1784P001 | BRACKET | EA | $ 14.85 | $ 14.85 |
| 1 | 87 | 295A9241P001 | TUBE | EA | $ 6.30 | $ 6.30 |
| 1 | 1 | 298A3016P0001 | RING SPLIT | EA | $ 450.00 | $ 450.00 |
| 16 | 110 | 302A7311P001 | SEAL STRIP | EA | $ 4.50 | $ 72.00 |
| 58 | 108 | 302A7312P001 | SEAL STRIP | EA | $ 3.49 | $ 202.42 |
| 126 | 114 | 302A7312P002 | SEAL STRIP | EA | $ 3.49 | $ 439.74 |
| 46 | 73 | 306A4830P002 | SEAL | EA | $ 4.19 | $ 192.74 |
| 52 | 47 | 306A4831P001 | SEAL | EA | $ 4.90 | $ 254.80 |
| 22 | 20 | 306A4831P002 | SEAL | EA | $ 5.65 | $ 124.30 |
| 6 | 5 | 313A7231P0009 | ALUMINUM DIAPH | EA | $ 98.10 | $ 588.60 |
| 15 | 5 | 314A5154P001 | SLEEVE | EA | $ 17.48 | $ 262.20 |
| 2 | 1 | 315A2037P001 | PLATE, BASE | EA | $ 80.00 | $ 160.00 |
| 8 | 4 | 318A9784G001 | PROBE | EA | $ 56.00 | $ 448.00 |
| 20 | 15 | 322B1742P001 | EXP JOINT SEGMENT | EA | $ 22.87 | $ 457.40 |
| 6 | 6 | 324B7614P002 | X-FIRE TUBE | EA | $ 29.00 | $ 174.00 |
| 40 | 37 | 336A2240P002 | STOP LINER | EA | $ 17.48 | $ 699.20 |
| 1 | 1 | 341A8630P0001 | PLATE RETAINING | EA | $ 45.00 | $ 45.00 |
| 48 | 178 | 353B3621P001 | GUSSET | EA | $ 18.21 | $ 874.08 |
| 14 | 45 | 353B3621P002 | GUSSET | EA | $ 5.84 | $ 81.76 |
| 12 | 224 | 919B0310P001 | X-FIRE RETAINER | EA | $ 4.99 | $ 59.88 |
| 4 | 4 | U316D012T0003 | TOOTH MATERIAL | EA | $ 60.00 | $ 240.00 |
| 4 | 4 | U316D017T0009 | TOOTH MATERIAL | EA | $ 145.00 | $ 580.00 |
| 3 | 3 | U316D018T0009 | TOOTH MATERIAL | EA | $ 88.20 | $ 264.60 |
| 2 | 2 | U316D023T0009 | TOOTH MATERIAL | EA | $ 100.00 | $ 200.00 |
| 2 | 2 | U316D023T0010 | TOOTH MATERIAL | EA | $ 98.44 | $ 196.88 |
| 1 | 1 | U316D029T0005 | TOOTH MATERIAL | EA | $ 95.00 | $ 95.00 |
| 4 | 3 | U7450YB187544BCCAA | OFFSET TEE | EA | $ 185.00 | $ 740.00 |
| 20 | 10 | U7498YB191381BCBFBA | TEE | EA | $ 140.00 | $ 2,800.00 |
| 11 | 5 | U7900YB288700ABB | LONG ELBOW, LCSL | EA | $ 235.00 | $ 2,585.00 |
| | | | | | Total: | $ 181,766.74 |