Exhibit D

HC10445



# Purchase Order

331 Ushers Road, Ballston Lake, N.Y. 12019
Ph: (518) 877-0844
Fax: (518) 877-7205

Date: March 15, 2004
Purchase Order # ECS- 25248
Payment Terms:
Need by: See Below
Rev. 2

**Vendor Information**
Vendor: Feuz
Contact: Steve
Fax:
Quote:

Bill To: World Wide Gas Turbine Products inc.

Ship To:
Please call when ready

| Item | Part# | Description | Qty | Unit | Amount |
|---|---|---|---|---|---|
| 1 | 172D7460G002 | Shrouds | 2 | $ 72,000.00 | $ 144,000.00 |
| | | Need a dwg. (no dim) | | | |
| | | to send to customer | | | |

Total Price $ 144,000.00

**Message**

*Please confirm Receipt of this revised order via email or fax.
Need by: As soon a possible
Please mark boxes Attn: Tony Campana

Del. 7/30/04

Tony Campana
_____
Anthony Campana



# Purchase Order

301 Ushers Road, Ballston Lake, N.Y. 12019
Ph: (518) 877-0844
Fax: (518) 877-7205

Date: March 26, 2004
Purchase Order # ETS-204048
Payment Terms:
Need by: See Below
Rev. 1

RECEIVED
MAR 2 6 2004

**Vendor Information**
Vendor: Fuez
Contact: Steve
Fax:
Quote:

Bill To: World Wide Gas Turbine Products Inc.

Ship To:
Please call when ready

| Item | Part# | Description | Qty | Unit | | Amount | |
|---|---|---|---|---|---|---|---|
| 1 | 302A1113P001 Rev. A | Seal Pins | 92 | $ | 6.50 | $ | 598.00 |
| 2 | 302A1114P001 Rev. NR | Seal Pins | 184 | $ | 4.50 | $ | 828.00 |
| | | | | | | $ | - |
| | | | | Total Price | | $ | 1,426.00 |

**Message**

*Please confirm Receipt of this revised order via email or fax.
Need by: As soon a possible    4/23/04
Please mark boxes Attn: Tony Campana

S.H
3/26/04

Tony Campana
Anthony Campana

# GENERAL ELECTRIC

**TITLE: PIN-PLATFORM SEAL**

FIRST MADE FOR MS6001B

DWG NO. 302A1113

LOCATION: SCHENECTADY

DIV. OR DEPT.: GTP

VIEW A

MAT'L: B50A2&cc

Notes:
- .03 R
- .39 / .37
- .221 / .219 ⌀
- 2.94 / 2.92
- .415 / .405
- 61° / 59°
- .03 R / .01 R
- .04 R / .03 R
- .110 / .100

ELECTROLYTICALLY ETCH DWG NO. & PT. NO., REMOVE ANY HIGH MAT'L. IF NECESSARY.

APPLIED PRACTICE: 11805700

SIMILAR TO: 279A1706

LIST OF COMPLEMENTARY DOCUMENTS

CALC WT: LBS

UNLESS OTHERWISE SPECIFIED USE SEE ITEM 4

PROPRIETARY INFORMATION-THIS DOCUMENT CONTAINS PROPRIETARY INFORMATION OF THE GENERAL ELECTRIC COMPANY AND MAY NOT BE USED OR DISCLOSED TO OTHERS EXCEPT WITH THE WRITTEN PERMISSION OF GAS TURBINE DIVISION, GENERAL ELECTRIC COMPANY.



Exhibit E

# Reynolds, William

**From:** Gary Feuz [gary@feuz.com]
**Sent:** Saturday, July 17, 2004 2:23 PM
**To:** Williams, Shawnell (GE Infra, Energy)
**Cc:** pastorepa@mltw.com
**Subject:** Feuz Violation of GE's IP Rights

Dear Shawnell,

I first want to express my gratitude for GE's willingness to pay all outstanding invoices which I truly appreciate. Since receiving your Cease and Desist Notification, Feuz Manufacturing understands the seriousness of the violations and has fully complied with your requests and will continue to adhere to all of your requests going forward. We do however need clarification on specific requirements and we need to also address Feuz's use of GE's Intellectual Property in the course of doing business in the future. We have learned an invaluable lesson from our past carelessness and will never again engage in the misuse of GE's property or use it in any unauthorized manner whatsoever.

GE property presently in our possession includes (5) GE Document Access and Retrieval Tokens and several thousand GE drawings and specifications. We do not believe to have any other property of GE's such as consigned tooling, fixturing, material or equipment presently in our possession. We need to know details including the location and to whom to return the property in our possession.

Item 1 of your request includes the return of "all work in process", please provide a clear definition of what you mean by this.

I will provide you with a letter as requested in item 2 along with the names and addresses you request in item 3.

We have existing purchase orders from GE and GE's first-tier suppliers that require the use of GE drawings (IP) that will be needed beyond July 22, 2004 in order to fulfill those orders. We need to discuss the terms and conditions for using GE drawings for that purpose as well as our ability to continue business with GE's direct suppliers in the future.

Feuz would also like to know the status of GE's Vendor Managed Inventory (VMI) finished goods in our possession as well as cancellation charges and the materials associated with those charges which have been documented and forwarded to GE in accordance with GE's Fulfillment Team directives.

I would very much appreciate a response to the above questions as soon as possible in order to be able to fully comply with your requests within the stated timeframe. Please contact either myself by phone (518) 355-2000 or Peter Pastore (518) 447-3200 to discuss these issues.

Sincerely,
Gary A. Feuz

Exhibit F



**GARY A. FEUZ**
**CHAIRMAN & CEO**

Feuz Manufacturing Inc.
679 Mariaville Road
Schenectady, NY 12306
Phone (518) 355-2000
Fax: (518) 355-3088
gary@feuz.com

April 27, 2004

To: Feuz's non-GE Customers

Re: GE's CEASE and DESIST NOTIFICATION

Dear non-GE Customer:

Feuz Manufacturing, Inc. has received a "CEASE and DESIST NOTIFICATION" from the General Electric Company's Intellectual Property Counsel demanding that Feuz immediately cease and desist using GE's IP to assist in the manufacture of parts/products for Feuz's non-GE customers. We advised GE that we agree to immediately cease and desist the infringed activities and fully comply with their request.

We must immediately cancel any and all orders you presently have placed with us. We must also inform you that we are not at liberty to continue a business relationship with you in the future. I apologize for this action with no alternative.

Sincerely,

*Gary A. Feuz*
Gary A. Feuz

## Non-GE Customer List

Steam Specialties, Inc.
41 Old Gick Road
Saratoga Springs, NY 12866

Turbine Services, Ltd.
41 Old Gick Road
Saratoga Springs, NY 12866

Gas Turbine Parts & Services, Inc.
1770 Route 9 Park 9 Plaza, Suite 110
Clifton Park, NY 12065

Powmat Ltd.
321 Ushers Road
Ballston Lake, NY 12019

Turbo Parts, Inc.
PO Box 2649
Ballston Spa, NY 12020

World Wide Gas Turbine Products, Inc.
331 Ushers Road
Ballston Lake, NY 12019